UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

REGINALD BUTLER, #B-53120,    )
                              )
    Plaintiff,                )
                              )
vs.                           )   No. 07-1201
                              )
ROGER WALKER, et al.,         )
                              )
    Defendants.              )

## ANSWER

NOW COME the defendants, ROGER E. WALKER, JR., JACKIE MILLER, SHERRY BENTON, EDDIE JONES, DAVE LINGLE, SHAWN ROSENBERGER, RICHARD GILBERT, ANNABELLE MOTTELER, ROBERT SMITHSON, by and through their attorney, Lisa Madigan, Attorney General for the State of Illinois, and answer plaintiff's complaint as follows:

## STATEMENT OF CLAIM

1. Defendants are without knowledge or information sufficient to from a belief as to the truth of the allegations in this paragraph.

2. Defendants are without knowledge or information sufficient to from a belief as to the truth of the allegations in this paragraph.

3. Defendants are without knowledge or information sufficient to from a belief as to the truth of the allegations in this paragraph.

4. Defendants are without knowledge or information sufficient to from a belief as to the truth of the allegations in this paragraph.

5. Defendants are without knowledge or information sufficient to from a belief as to

     the truth of the allegations in this paragraph.

6.     Defendants are without knowledge or information sufficient to from a belief as to the truth of the allegations in this paragraph.

7.     Defendants are without knowledge or information sufficient to from a belief as to the truth of the allegations in this paragraph.

8.     Defendants are without knowledge or information sufficient to from a belief as to the truth of the allegations in this paragraph.

9.     Defendants admit that Plaintiff was at Pontiac Correctional Center from July 12, 2006, to August 1, 2007. Defendants deny the allegations in the balance of this paragraph.

10.     Defendants deny the allegations in this paragraph.

11.     Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

12.     Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

13.     Defendants deny the allegations in this paragraph.

14.     Defendants deny the allegations in this paragraph.

15.     Defendants deny the allegations in this paragraph.

## RELIEF REQUESTED

1.     Defendants deny that Plaintiff is entitled to punitive damages, compensatory damages, nominal damage or any type of relief.

## GENERAL DENIAL

Defendants deny each and every allegation not specifically admitted herein.

## JURY DEMAND

Defendants demand a trial by jury on all issues herein triable.

## AFFIRMATIVE DEFENSES

1. At all times relevant herein, defendants acted in good faith in the performance of their official duties and without violating plaintiff's clearly established statutory or constitutional rights of which a reasonable person would have known. Defendants are therefore protected from suit by the doctrine of qualified immunity.

2. Plaintiff has failed to exhaust his administrative remedies as is required prior to filing suit under 42 U.S.C. 1983 by the Prison Litigation Reform Act (42 U.S.C. 1997) and *Perez v. Wisconsin Dept. of Corrections*, 182 F.3d 532 (7th Cir. 1999).

        Respectfully submitted,

        ROGER E. WALKER, JR., JACKIE MILLER, SHERRY BENTON, EDDIE JONES, DAVE LINGLE, SHAWN ROSENBERGER, RICHARD GILBERT, ANNABELLE MOTTELER, ROBERT SMITHSON,

         Defendants,

        LISA MADIGAN, Attorney General,
        State of Illinois,

Heidi Hildebrand, #6270905          Attorney for Defendants,
Assistant Attorney General
500 South Second Street
Springfield, Illinois 62706         By:   s/ Heidi Hildebrand
(217) 557-0261                      HEIDI HILDEBRAND
                                      Assistant Attorney General

Of Counsel.

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| REGINALD BUTLER, #B-53120, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 07-1201 |
| | ) |
| ROGER WALKER, et al., | ) |
| | ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

    I hereby certify that on October 29, 2007, I electronically filed with the Clerk of the Court Defendants' Answer using the CM/ECF system which will send notification of such filing to the following:

NONE

and I hereby certify that on October 29, 2007, I mailed by United States Postal Service, the document to the following non-registered participant:

Reginald Butler, #B-53120
Menard Correctional Center
P.O. Box 711
Menard, Illinois 62259

Respectfully submitted,

By: s/Heidi Hildebrand
500 South Second Street
Springfield, Illinois 62706
Phone: (217) 557-0261
Fax: (217) 782-8767
hhildebrand@atg.state.il.us
#6270905

-4-