UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Allen Bone,
      Plaintiff,

vs.  No. 07-1353

ROGER E. WALKER, JR., et al.,
      Defendants.

Order

The plaintiff seeks leave to proceed on appeal in forma pauperis [75] for a Notice of Appeal [71] as to the court's Order on the Summary Judgment [66]. This lawsuit was dismissed and judgment entered on January 25, 2010. The plaintiff's Notice of Appeal was filed on March 31, 2010, more than 30 days after the final judgment. Fed. R. App. P. 4(a)(1) requires a party to file a notice of appeal with the district clerk within 30 days after the judgment, unless the United States is a party, Fed. R. App. P. 4(a)(1)(B), which is not the case here. The clock begins ticking from the day the judgment is entered or from the day the court rules on particular motions listed in Fed. R. App. P. 4(a)(4)(A), such as a motion to alter or amend judgment under Fed. R. Civ. P. 59. However, the court can extend the time to file a notice of appeal if a party moves for such extension within 30 days after the expiration of the time for appeal and the party shows excusable neglect or good cause. Fed. R. App. 4(a)(5). In the court's January 25, 2010 order, the court advised the plaintiff that if he wishes to appeal the dismissal of his lawsuit, he must file a notice of appeal with this court within 30 days of the entry of judgment. Fed. R. App. P. 4(a)(4). The plaintiff has failed to show, or even assert, excusable neglect or good cause for such an extension. He has not offered any reason why he could not and did not timely file his notice of appeal.

It is ordered:

1. The plaintiff is allowed fourteen days from the date of this order to show excusable neglect or good cause for filing a late notice of appeal. The clerk of the court is directed to send a copy of this order to the Seventh Circuit Court of Appeals, forthwith.

Enter this 21st day of July, 2010.

                                        s/Harold A. Baker

                                        _____
                                        HAROLD A. BAKER
                                        UNITED STATES DISTRICT JUDGE